UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SANTOS MARIA MARTINEZ-GUILLEN,

Petitioner,

v.

CORE CIVIC INC., et al.,

Respondents.

No. 1:25-cv-01909-DAD-SCR (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS

(Doc. No. 16)

Petitioner Santos Maria Martinez-Guillen is a former federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 20, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted. (Doc. No. 16.) Specifically, the magistrate judge found that due process required that petitioner be provided with a pre-detention hearing prior to any re-detention. (*Id.*) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service. (*Id.*) On July 21, 2026, respondents filed their objections which are comprised of a single sentence stating that they oppose for the reasons

set forth in their prior briefing. (Doc. No. 17.) These objections do not provide a basis upon which to reject the pending findings and recommendations. The objections also contain a "request that in the event BIA dismisses the Petitioner's appeal, that the constraints in the [injunction] are removed." (Doc. No. 17 at 1.) Because respondents have not shown that the BIA has dismissed petitioner's appeal, the court will deny this request without prejudice to its renewal if that becomes necessary.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations issued on July 20, 2026 (Doc. No. 16) are ADOPTED IN FULL;
2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:
    a. Respondents are ENJOINED and RESTRAINED from re-detaining petitioner unless it provides petitioner with notice and a pre-detention hearing before an immigration judge, at which hearing respondents will bear the burden of demonstrating that petitioner poses a flight risk or danger to the community by clear and convincing evidence; and
3. The Clerk of the Court is directed to ENTER judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated: **August 24, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE